OATEY COMPANY, Plaintiff–
Appellant,

v.

IPS CORPORATION, Defendant–
Appellee.

No. 2010–1067.

United States Court of Appeals,
Federal Circuit.

June 9, 2010.

ON MOTION

*ORDER*

Upon consideration of Oatey Company's joint motion to remand this case, *Oatey Company v. IPS Corporation,* to the United States District Court for the Northern District of Ohio, in case no. 03–CV–1231, for further proceedings consistent with the settlement agreement reached by the parties and, specifically to allow the District Court to grant Oatey Company's motion for vacatur,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All remaining motions are moot.

(3) Each side shall bear its own costs.

Benzena M. BROWN, Petitioner,

v.

DEPARTMENT OF DEFENSE,
Respondent.

No. 2009–3191.

United States Court of Appeals,
Federal Circuit.

June 14, 2010.

ORDER

Benzena M. Brown submits a Fed. Cir. R. 15(c) statement concerning discrimination. The court considers whether reconsideration of the order dismissing Brown's petition for review is warranted.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court grants reconsideration of the order dismissing Brown's petition for review. The mandate is recalled and the petition is reinstated.

(2) The Department of Defense should calculate the due date for its brief from the date of filing of this order.